UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

**Civil Action Number: 9:16-cv-81373-WPD**

ALEXANDER JOHNSON,

    Plaintiff,

vs.

PALM BEACH SHORES RESORT
AND VACATION VILLAS
ASSOCIATION, INC.

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Alexander Johnson, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation for Dismissal with this Court.

Respectfully submitted on this 7th day of February, 2017.

                                      *s/ Scott R. Dinin*
                                      Scott R. Dinin
                                      SCOTT R. DININ P.A.
                                      4200 NW 7th Avenue
                                      Miami, Florida 33127
                                      Telephone: (786) 431-1333
                                      Facsimile: (786) 513-7700
                                      Email: inbox@dininlaw.com
                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this this 7th day of February, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Peter R. Siegel, Esq.
Greenspoon Marder P.A.
200 East Broward Blvd, Suite 1800
Ft Lauderdale, Florida 33301
Telephone: (954) 491-1120 ext 1233
Facsimile: (954) 267-8027
E-mail: Peter.Siegel@gmlaw.com
Attorney for Defendant

*s/ Scott R. Dinin*