UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81373-CIV-DIMITROULEAS

ALEXANDER JOHNSON,

    Plaintiff,

vs.

PALM BEACH SHORES RESORT
AND VACATION VILLAS
ASSOCIATION, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation for Dismissal [DE 38] (the "Stipulation"), filed herein on April 17, 2017. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 38] is hereby **GRANTED**;

2. The above styled action is **DISMISSED with prejudice**.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 18th day of April, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies furnished to:

Counsel of record